1174

No. 05–753. SATALICH v. CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 05–756. GARCIA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–758. GREENE v. CITY OF WALLA WALLA, WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 05–761. DEYO v. CONNECTICUT COMMISSIONER OF REVENUE SERVICES. App. Ct. Conn. Certiorari denied.

No. 05–764. GOECKEL ET UX. v. GLASS. Sup. Ct. Mich. Certiorari denied.

No. 05–768. WEINSTEIN, EISEN & WEISS, LLP v. GILL, CHAPTER 11 TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–771. COSIO v. KEITHLY ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 05–772. SCHUTZ v. WYOMING ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–773. WILMOTH ET UX. v. PORTAGE COUNTY, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–774. NATIONAL ENTERPRISES, INC., ET AL. v. KESSLER ET AL. Sup. Ct. Ark. Certiorari denied.

No. 05–778. LEAK ET AL. v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–783. RED v. ROOS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–784. STRASSWEG ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–786. BACH v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.